Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Kevin M. Hara (SBN 221604)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269
Email: sboranian@reedsmith.com
khara@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARK REAGLE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | No.: **2:05-cv-02356-DFL-PAN**<br><br>**JOINT 26(f) JOINT STATUS REPORT** |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS JOINT STATUS REPORT.

**Present Status Of Case**

This case, *Reagle v. Merck & Co., Inc., et al.*, Case No. 2:05-cv-02356-DFL-PAN, was filed in state court and removed to this Court on November 21, 2005.

No discovery has been conducted or scheduled.

On November 29, 2005, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as *In re Vioxx Products Liability Litigation*, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding.

The MDL Panel issued Conditional Transfer Order No. 36 on January 6, 2006, which included this action. Plaintiff indicated that he will not oppose the Conditional Transfer Order.

Pending before this Court is Merck's Motion to Stay Proceedings Pending Transfer to the Vioxx MDL, filed December 13, 2005. The hearing on this Motion is calendared for February 1, 2006. Merck has agreed to drop its Motion and instead stipulate to a stay of all proceedings.

The parties respectfully submit this status report in lieu of the Court's requested Joint Status Report.

In light of the pending transfer to the MDL, the parties respectfully request that further Joint Status Reports and Case Management Conferences be postponed and that additional Discovery Conferences be removed from the calendar until the MDL Panel issues the final transfer order.

DATED: January 20, 2006.

        REED SMITH LLP

        By /s/ Kevin M. Hara
         Kevin M. Hara
         Attorneys for Defendant
         Merck & Co., Inc.

DATED: January 20, 2006.

        GIANNI PETOYAN

        By /s/ Laura A. Gianni
         Laura A. Gianni
         Attorneys for Plaintiff
         James Mark Reagle

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Having considered the foregoing joint status report, and good cause appearing therefore, IT IS SO ORDERED.

DATED: 1/20/2006

_____
DAVID F. LEVI
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com