Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 175118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Kevin M. Hara (SBN 221604)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269
Email: sboranian@reedsmith.com
khara@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARK REAGLE,<br><br>                Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., and DOES 1-100, inclusive,<br><br>                Defendants. | No.: **2:05-cv-02356-DFL-PAN**<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*, MDL NO. 1657** |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

The parties, by and through their counsel, stipulate to and respectfully request a stay of all proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability Litigation*, MDL No. 1657.

Plaintiff alleges personal injuries attributed to the prescription drug Vioxx®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed Vioxx, but voluntarily withdrew Vioxx from the market on September 30, 2004.

On November 29, 2005, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as *In re Vioxx Products Liability Litigation*, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding.

The MDL Panel issued Conditional Transfer Order No. 36 on January 6, 2006, which included this action. Plaintiff indicated that he will not oppose the Conditional Transfer Order. A Transfer Order should be issued shortly.

A stay will potentially conserve judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further judicial economy because "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com

assigned to handle the consolidated litigation"). The parties agree to a stay of this case pending transfer to the MDL.

Pending before this Court is Merck's Motion to Stay Proceedings Pending Transfer to the Vioxx MDL, filed December 13, 2005. The hearing for this Motion is calendared for February 1, 2006. Merck has agreed to withdraw its Motion and instead the parties stipulate to a stay of all proceedings.

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

DATED: January 20, 2006.

REED SMITH LLP

By /s/ Kevin M. Hara
Kevin M. Hara
Attorneys for Defendant
Merck & Co., Inc.

DATED: January 20, 2006.

GIANNI PETOYAN

By /s/ Laura A. Gianni
Laura A. Gianni
Attorneys for Plaintiff
James Mark Reagle

PDF created with pdfFactory trial version www.pdffactory.com

### **[PROPOSED] ORDER**

Having considered the foregoing stipulation, and good cause appearing therefore, IT IS SO ORDERED.

DATED: 1/20/2006

_____
DAVID F. LEVI
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com